# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 13-1579

———————————————

Kim Anthony Polonczyk

*Plaintiff - Appellant*

v.

Carolyn W. Colvin, Acting Commissioner; United States Department of Social Security

*Defendants - Appellees*

——————————

Appeal from United States District Court
for the Western District of Missouri - Springfield

——————————

Submitted: June 21, 2013
Filed: July 17, 2013
[Unpublished]

——————————

Before LOKEN, MELLOY, and BENTON, Circuit Judges.

——————————

PER CURIAM.

Kim Polonczyk appeals the district court's[1] order dismissing without prejudice his suit under the Federal Tort Claims Act. Having carefully reviewed the record and

———————————

[1]The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.

considered Polonczyk's arguments for reversal, we agree with the district court's reasons for concluding that subject matter jurisdiction was lacking.  See Riley v. United States, 486 F.3d 1030, 1031 (8th Cir. 2007) (de novo review).  Accordingly, the judgment is affirmed.  See 8th Cir. R. 47B.  We also deny Polonczyk's pending motions, and we deny as moot Colvin's motion for additional time to respond.

_____